UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 23, 2012
CLERK, US DISTRICT COURT,
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> JOHN DANIEL LEITAKER, ) </br> ) </br> Defendant. ) | Case No. 2:11-MJ-00388-CKD </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN DANIEL LEITAKER, Case No. 2:11-MJ-00388-CKD, Charge Title 18 USC § 2113(b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 40,000 (co-signed)

  ✔ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 23, 2012 at 2:32 pm.

By _____
Dale A. Drozd
United States Magistrate Judge